Opinion issued December 8, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00228-CV

———————————

Norman S. Neidell and June W. Neidell, Appellants

V.

Marcy
Menconi d/b/a The Little Cottage, Appellee



 



 

On Appeal from the 11th District Court

Harris County, Texas



Trial Court Case No. 2004-66407

 



 

MEMORANDUM OPINION

          Appellants, Norman S. Neidell and June W. Neidell, have
filed a motion to dismiss their appeal. 
No decision has yet been handed down in this case.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).

          The Clerk is directed to issue mandate
within 10 days of the date of this opinion. 
Tex. R. App. P. 18.1.  

PER CURIAM

Panel
consists of Justices Jennings, Sharp, and Brown.